**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TOBIE MANUEL TORRES, et al.,

Plaintiffs,

vs. Civ. No. 19-1010 JAP/JFR

MARK R. SHEA, Cabinet Secretary of the New Mexico Department of Public Safety (NMDPS), in his official capacity, et al.

Defendants.

**PARTIAL FINAL SUMMARY JUDGMENT**

Having granted DEFENDANTS GONZALES, STEWART, AND WALLER'S MOTION TO DISMISS UNDER RULE 12(b)(6) (Doc. No. 43) in part and NMDPS DEFENDANTS' FIRST MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO 42 U.S.C. § 1983 & MEMORANDUM IN SUPPORT THEREOF (Doc. No. 44) in part by a Memorandum Opinion and Order entered contemporaneously with this Partial Final Summary Judgment, and the Court finding under Federal Rule of Civil Procedure 54(b) that there is no just reason for delay, the Court directs entry of a partial final judgment.

IT IS HEREBY ORDERED that:

(1) Partial final summary judgment is entered under Rule 58 of the Federal Rules of Civil Procedure in favor of Defendants Mark Shea, Cabinet Secretary of the New Mexico Department of Public Safety (NMDPS), in his official capacity; Katherine Garcia, NMDPS SORNA Program Supervisor, in her official capacity; Sheriff Manuel Gonzales, in his official capacity; Sheriff Kim Stewart, in her official capacity; and

Sheriff Wesley Waller, in his official capacity, on all claims stated within the SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO 42 U.S.C. § 1983 (Doc. No. 39) by Plaintiffs Tobie Manuel Torres, Mark Andrew Bidwell, Scotland Marquez, and Billy Smith, which are dismissed with prejudice; and

(2) Partial final summary judgment is entered under Rule 58 of the Federal Rules of Civil Procedure in favor of Defendant Sheriff Corey Helton, in his official capacity, on all claims stated within the SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO 42 U.S.C. § 1983 (Doc. No. 39) by Plaintiff Mark Wayne Rusnak, which are dismissed without prejudice.



SENIOR UNITED STATES DISTRICT JUDGE